## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **TONYA FACEY,** | ) | |
| **on behalf of plaintiff and a class,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 18-cv-05086** |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | **Judge John Z. Lee** |
| **STUDENT LOAN SOLUTIONS, LLC;** | ) | |
| **and WILLIAMS & FUDGE, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANTS STUDENT LOAN SOLUTIONS, LLC AND WILLIAMS & FUDGE, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHEWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT

Defendants Student Loan Solutions, LLC and Williams & Fudge, Inc. (Defendants) by one of their attorneys, Emily J. Fitzgerald of Swanson, Martin & Bell, LLP, respectfully requests that this Honorable Court extend the time in which Defendants may answer or otherwise plead in response to Plaintiff's Complaint until October 24, 2018. In support of this motion, Defendants state as follows:

1. Plaintiff filed its Complaint on July 25, 2018 [Dkt. 1]. Defendant Williams & Fudge, Inc. was served on September 5, 2018 and defendant Student Loan Solutions, LLC was served on September 10, 2018.

2. Defendants recently retained Swanson, Martin & Bell, LLP, including Emily J. Fitzgerald, as its counsel.

3. Pursuant to Fed. R. Civ. P. 12(a), defendant Williams & Fudge, LLC has until September 26, 2018 to file its responsive pleadings and defendant Student Loan Solutions, LLC has until October 1, 2018 to file its responsive pleading. However, Defendants need additional

time to investigate Plaintiff's claims before preparing a responsive pleading.

4.      Defendants continue to move forward diligently with the case. Given the investigation necessary to file its responsive pleading, Defendants respectfully request that they be given until October 24, 2018, to file their responsive pleadings to Plaintiff's Complaint.

5.      Defendants' counsel spoke with Plaintiff's counsel on September 26, 2018. Plaintiff's counsel indicated that Plaintiff did not oppose this extension.

6.      Pursuant to counsel's conversation, the parties request that the initial status conference, that is currently set for October 16, 2018, be moved to a time after the date on which Defendants' responsive pleading is due.

7.      Pursuant to counsel's conversation, the parties request that the deadline for filing the status report, that is currently due by October 10, 2018, be moved to a time after the date on which Defendants' responsive pleading is due.

8.      This motion has not been filed for the purpose of undue delay. No prejudice will result to Plaintiff by the granting of this motion.

WHEREFORE, Defendants Student Loan Solutions, LLC and Williams & Fudge, Inc. respectfully requests that this Honorable Court extend the time in which they may answer or otherwise plead in response to Plaintiff's Complaint until October 24, 2018, extend the date of the initial status conference; extend the deadline for filing a status report, and for any such further relief as this Court deems just and appropriate.

Respectfully submitted,

By:     /s/*Emily J. Fitzgerald*
        Counsel for defendants
        Student Loan Solutions, LLC and
        Williams & Fudge, Inc.

2

Joseph P. Kincaid—ARDC No. 6202639
Emily J. Fitzgerald—ARDC No. 6305923
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3400
Chicago, Illinois 60611
jkincaid@smbtrials.com
efitzgerald@smbtrials.com
Office: (312) 321-9100
Fax:    (312) 321-0990

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Defendants Student Loan Solutions, LLC and Williams & Fudge, Inc.'s Motion to Extend Time to Answer or Otherwise Plead in Response to Plaintiff's Complaint and its corresponding Notice of Motion was served upon all counsel of record via the Court ECF system, this 26th day of September 2018.

[✓] Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

_/s/Emily J. Fitzgerald_

4