# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TONYA FACEY, ) | |
| on behalf of plaintiff and a class, ) | |
| ) | |
| Plaintiff, ) | No. 18-cv-05086 |
| ) | |
| v. ) | |
| ) | |
| ) | Judge John Z. Lee |
| STUDENT LOAN SOLUTIONS, LLC; ) | |
| and WILLIAMS & FUDGE, INC., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT STUDENT LOAN SOLUTIONS LLC'S
## LOCAL RULE 3.2 CORPORATE DISCLOSURE

The undersigned, counsel of record for Student Loan Solutions, LLC hereby certifies, pursuant to Local Rule 3.2, that Student Loan Solutions LLC is not a publicly traded entity and no publicly held corporation owns 5% or more of Student Loan Solutions LLC's stock.

Dated: October 23, 2018.

                                              Respectfully submitted,

By:    /s/*Emily J. Fitzgerald*
           Counsel for defendant
           Student Loan Solutions, LLC

Joseph P. Kincaid—ARDC No. 6202639
Emily J. Fitzgerald—ARDC No. 6305923
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3400
Chicago, Illinois 60611
jkincaid@smbtrials.com
efitzgerald@smbtrials.com
Office: (312) 321-9100
Fax:   (312) 321-0990

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Defendant Student Loan Solutions, LLC's Local Rule 3.2 Corporate Disclosure was served upon all counsel of record via the Court ECF system, this 23rd day of October 2018.

[✓] Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

                        /s/*Emily J. Fitzgerald*