# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|                    |                              |
|--------------------|------------------------------|
| Plaintiff(s),      | Case Number: _____  |
| v.                 |                              |
|                    | Judge John Z. Lee            |
| Defendant(s).      |                              |

**Certification by Attorney Regarding Discovery Obligations
Under Mandatory Initial Discovery Pilot Project**

As an attorney appearing in this case, I hereby certify that I have read the Court's "Standing Order Regarding Mandatory Initial Discovery Pilot Project" and that I am aware of the discovery obligations addressed therein. I also acknowledge that Judge Lee requires each attorney appearing on behalf of Plaintiff(s) to file this certification within 28 days after the filing of the Complaint and each attorney appearing on behalf of Defendant(s) to file this certification with the Answer.

_____          _____
Attorney's Signature                                     Date

Name: _____
Address: _____
Phone Number: _____
Email Address: _____

*Rev. 6/2017*