UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONYA FACEY, )<br>on behalf of plaintiff and a class, )<br> )<br>      **Plaintiff,** )<br> )<br>v. )<br> )<br> )<br>STUDENT LOAN SOLUTIONS, LLC; )<br>and WILLIAMS & FUDGE, INC., )<br> )<br> )<br>      **Defendants.** ) | No. 18-cv-05086<br><br>Judge John Z. Lee |

**DEFENDANTS STUDENT LOAN SOLUTIONS, LLC AND WILLIAMS & FUDGE, INC.'S MOTION FOR A SETTLEMENT CONFERENCE AND DISCOVERY STAY**

Defendants Student Loan Solutions, LLC and Williams & Fudge, Inc. (Defendants) respectfully requests that this Honorable Court set this case for a settlement conference and stay discovery. In support of this motion, Defendants state as follows:

1. Plaintiff filed its Complaint on July 25, 2018, alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. (FDCPA). [Dkt. 1].

2. Plaintiff filed its Complaint on behalf of a class. [Dkt. 1].

3. Pursuant to the FDCPA's fee shifting provision, plaintiff requested that defendants be responsible for plaintiff's attorneys' fees. [Dkt. 1.]

4. Defendants filed their respective answers on October 23, 2018. [Dkt. 21 and 22].

5. Defendants' counsel contacted plaintiff's counsel and advised that there are fewer than forty putative class members in both classes combined.

6. Counsel for the parties discussed resolution, but were unable to reach agreement.

7. Under the requirements of the MIDPP, the parties are scheduled to engage in initial

discovery by November 22, 2018.

8. Engaging in discovery at this time will drive settlement discussions further apart as the cost of discovery will only increase the costs incurred by both sides.

9. It is in the best interests of the parties that this matter be set for settlement conference before the Magistrate Judge.

10. It is in the best interests of the parties that discovery be stayed at this time pending a settlement conference before the Magistrate Judge.

11. This motion has not been filed for the purpose of undue delay. No prejudice will result to Plaintiff by the granting of this motion.

WHEREFORE, Defendants Student Loan Solutions, LLC and Williams & Fudge, Inc. respectfully requests that this Honorable Court set this matter for a settlement conference before the Magistrate Judge, stay discovery, and for any such further relief as this Court deems just and appropriate.

Respectfully submitted,

By: /s/*Emily J. Fitzgerald*
Counsel for defendants
Student Loan Solutions, LLC and
Williams & Fudge, Inc.

Joseph P. Kincaid—ARDC No. 6202639
Emily J. Fitzgerald—ARDC No. 6305923
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3400
Chicago, Illinois 60611
jkincaid@smbtrials.com
efitzgerald@smbtrials.com
Office: (312) 321-9100
Fax:    (312) 321-0990

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a copy of the foregoing Defendants Student Loan Solutions, LLC and Williams & Fudge, Inc.'s Motion for a Settlement Conference and Discovery Stay its corresponding Notice of Motion was served upon all counsel of record via the Court ECF system, this 1st day of November 2018.

[✓] Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

               /s/*Emily J. Fitzgerald*