# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| TONYA FACEY, <br> on behalf of plaintiff and a class, <br><br> Plaintiff, <br><br> v. <br><br><br> STUDENT LOAN SOLUTIONS, LLC; <br> and WILLIAMS & FUDGE, INC., <br><br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 18-cv-05086 <br><br><br><br> Judge John Z. Lee |

## MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER

Defendants, Student Loan Solutions, LLC and Williams & Fudge, Inc., by their counsel and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, respectfully requests that this Honorable Court enter the proposed agreed confidentiality order. In support thereof, defendants states as follows:

1. During the course of discovery, the parties may seek certain categories of documents that contain confidential information, including trade secrets or other protected information. An order limiting the dissemination of such materials is appropriate.

2. Attached to this Motion as **Exhibit 1** is the proposed Agreed Confidentiality Order. The order is in accordance with the model confidentiality order available on the Court's website.

3. Attached to this Motion as **Exhibit 2** is the redlined version of the Agreed Confidentiality Order. The redline changes set forth in Exhibit 2 show the changes from the model confidentiality order.

4.      Counsel for defendants hereby represents that counsel for all parties have reviewed the proposed Agreed Confidentiality Order and agree to the entry of the proposed order attached to this Motion.

WHEREFORE, Defendants, Student Loan Solutions, LLC and Williams & Fudge, Inc., respectfully request this Court grant this Motion and enter the proposed Agreed Confidentiality Order.

Date:  January 25, 2019

                Respectfully submitted,

          By: /s/*Emily J. Fitzgerald*
             Counsel for defendants
             Student Loan Solutions, LLC and
             Williams & Fudge, Inc.

Joseph P. Kincaid—ARDC No. 6202639
Emily J. Fitzgerald—ARDC No. 6305923
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3400
Chicago, Illinois 60611
jkincaid@smbtrials.com
efitzgerald@smbtrials.com
Office: (312) 321-9100
Fax:    (312) 321-0990

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing Defendants Student Loan Solutions, LLC and Williams & Fudge, Inc.'s Motion for Entry of Confidentiality Order and its respective Notice of Motion was served upon all counsel of record via the Court ECF system, this 25th day of January, 2019

[✓] Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

              /s/*Emily J. Fitzgerald*