UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TONYA FACEY, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18-cv-05086 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Judge John Z. Lee |
| STUDENT LOAN SOLUTIONS, LLC; | ) | |
| and WILLIAMS & FUDGE, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS STUDENT LOAN SOLUTIONS LLC'S AND WILLIAMS & FUDGE, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO PLAINTIFF'S CLAIMS

Defendants Student Loan Solutions LLC and Williams & Fudge, Inc. hereby move for judgment on the pleadings as to Plaintiff's amended complaint and ask that this Court dismiss Plaintiff's amended complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(c) for her failure to state a claim upon which relief can be granted against Student Loan Solutions LLC and Williams & Fudge, Inc. Student Loan Solutions LLC and Williams & Fudge, Inc. file herewith and incorporate herein their memorandum of law in support of their motion for judgment on the pleadings.

WHEREFORE, Defendants Student Loan Solutions LLC and Williams & Fudge, Inc. respectfully request the Court enter an order dismissing Plaintiff's amended complaint against Student Loan Solutions LLC and Williams & Fudge, Inc. with prejudice for its failure to state a claim and that the Court enter such other and further orders as it deems just and appropriate.

[SIGNATURE PAGE FOLLOWS]

Dated: April 5, 2019.

                                                Respectfully submitted,

By:   /s/*Emily J. Fitzgerald*
        Counsel for defendants
        Student Loan Solutions, LLC and
        Williams & Fudge, Inc.

Joseph P. Kincaid—ARDC No. 6202639
Emily J. Fitzgerald—ARDC No. 6305923
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3400
Chicago, Illinois 60611
jkincaid@smbtrials.com
efitzgerald@smbtrials.com
Office: (312) 321-9100
Fax:    (312) 321-0990

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing Student Loan Solutions LLC's Williams & Fudge, Inc.'s Motion For Judgment on the Pleadings as to Plaintiff's Claims was served upon all counsel of record via the Court ECF system, this the 5th day of April, 2019.

[✓] Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

                                              /s/*Emily J. Fitzgerald*