UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONYA FACEY, ) | |
| on behalf of plaintiff and a class, ) | |
| ) | |
| Plaintiff, ) | No. 18-cv-05086 |
| ) | |
| v. ) | |
| ) | |
| ) | Judge John Z. Lee |
| STUDENT LOAN SOLUTIONS, LLC; ) | |
| and WILLIAMS & FUDGE, INC., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS STUDENT LOAN SOLUTIONS LLC'S AND WILLIAMS & FUDGE, INC.'S MOTION TO WITHDRAW COUNTERCLAIM AND MOTION FOR JUDGMENT ON THE PLEADINGS AS TO PLAINTIFF'S CLAIMS**

Defendants Student Loan Solutions LLC and Williams & Fudge, Inc. hereby move to withdraw (1) their motion for judgment on the pleadings as to Plaintiff's amended complaint and (2) Student Loan Solutions, LLC's counterclaim to plaintiff's amended complaint.

WHEREFORE, Defendants Student Loan Solutions LLC and Williams & Fudge, Inc. respectfully request the Court enter an order withdrawing the motion for judgment on the pleadings and Student Loan Solutions, LLC's counterclaim to plaintiff's amended complaint.

Dated: April 19, 2019.

                Respectfully submitted,

      By:   /s/*Emily J. Fitzgerald*
            Counsel for defendants
            Student Loan Solutions, LLC and
            Williams & Fudge, Inc.

Joseph P. Kincaid—ARDC No. 6202639
Emily J. Fitzgerald—ARDC No. 6305923
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3400
Chicago, Illinois 60611
jkincaid@smbtrials.com
efitzgerald@smbtrials.com
Office: (312) 321-9100
Fax:　　(312) 321-0990

**CERTIFICATE OF SERVICE**

  The undersigned certifies that a copy of the foregoing Student Loan Solutions LLC's Williams & Fudge, Inc.'s Motion to Withdraw the Motion For Judgment on the Pleadings as to Plaintiff's Claims and Motion to Withdraw Student Loan Solutions LLC's Counterclaim was served upon all counsel of record via the Court ECF system, this the 19th day of April, 2019.

[✓] Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

           /s/*Emily J. Fitzgerald*