UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | |
|---|---|
| **TONYA FACEY,** *on behalf of plaintiff and a class,* | |
| *Plaintiff,* | |
| v. | **CASE NO. 1:18-cv-05086** |
| **STUDENT LOAN SOLUTIONS LLC; and WILLIAMS & FUDGE, INC.,** | **HONORABLE JOHN Z. LEE** |
| *Defendants.* | |

**ORDER ON DEFENDANTS'
RENEWED MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

On this day came to be considered Defendants' Renewed Motion for Partial Judgment on the Pleadings. After considering the Motion, it is the opinion of this Court that the Motion should be **GRANTED**.

Therefore, it is hereby **ORDERED** that Defendants' Renewed Motion for Partial Judgment on the Pleadings is **GRANTED**. Plaintiffs Class Claim (Count II) is hereby **DISMISSED WITH PREJUDICE**.

Signed this _____ day of _____, 2019.

_____
Judge Presiding