UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | |
|---|---|
| **TONYA FACEY,** *on behalf of plaintiff and a class,* | |
| *Plaintiff,* | |
| v. | **CASE NO. 1:18-cv-05086** |
| **STUDENT LOAN SOLUTIONS LLC; and WILLIAMS & FUDGE, INC.,** | **HONORABLE JOHN Z. LEE** |
| *Defendants.* | |

**ORDER ON DEFENDANTS' MOTION TO STAY CLASS ACTION DISCOVERY**

On this day came to be considered Defendants' Motion to Stay Class Action Discovery. After considering the Motion, it is the opinion of this Court that the Motion should be **GRANTED**.

Therefore, it is hereby **ORDERED** that Defendants' Motion to Stay Class Action Discovery is **GRANTED**. All class action discovery in this case shall be stayed pending the Court's order addressing Defendants' Renewed Motion for Partial Judgment on the Pleadings.

Signed this _____ day of July, 2019.

_____
Judge Presiding