UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Tonya Facey

                              Plaintiff,

v.                                                                       Case No.: 1:18−cv−05086
                                                                          Honorable John Z. Lee

Student Loan Solutions LLC, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 23, 2019:

      MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 7/23/19. Plaintiff's response to Defendant's renewed motion for partial judgment on the pleadings [63] is due by 7/30/19; reply due by 8/6/19. For the reasons stated on the record, Defendants' motion to stay class action discovery [66] is denied. The status hearing set for 8/29/19 at 9:00 a.m. will stand. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.