UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Tonya Facey

                              Plaintiff,

v.                                                                   Case No.: 1:18−cv−05086
                                                                   Honorable John Z. Lee

Student Loan Solutions LLC, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 19, 2019:

      MINUTE entry before the Honorable John Z. Lee: Motion for extension of time until October 21, 2019 to complete discovery [77] is granted. Furthermore, Defendants Student Loan Solutions LLC and Williams & Fudge have filed a motion for leave to amend their answers to add a statute of limitations affirmative defense. [70] Having reviewed the submissions of the parties, the Court finds that Plaintiff will not be unduly prejudiced by such an amendment, and the motion is granted. The status hearing set for 8/29/19 is reset to 10/3/19 at 9:00 a.m. No appearance is required on the motion.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.