IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Tonya Facey | ) |
| | )    Case No: 18 C 5086 |
| v. | ) |
| | )    Judge Martha M. Pacold |
| Student Loan Solutions LLC, et al., | ) |

## **ORDER**

Plaintiff/Counter Defendant's motion to withdraw the appearance of Paul M. Waldera as counsel for Plaintiff/Counter Defendant Tonya Facey [93] is granted. The motion hearing set for 10/30/2019 is stricken.

Dated: October 23, 2019          /s/ Judge Martha M. Pacold