## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Tonya Facey

Plaintiff,

v.

Case No.: 1:18–cv–05086<br>Honorable Martha M. Pacold

Student Loan Solutions LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 28, 2019:

     MINUTE entry before the Honorable Sidney I. Schenkier: Plaintiff's unopposed motion for extension of time (doc. # [96]) is granted; no appearance on the motion is required. Plaintiff shall file any reply memorandum in support of her motion to compel by 11/12/19. The status and motion hearing set for 11/06/19 is RESET to 11/27/19 at 9:00 a.m. Mailed notice. (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.