UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Tonya Facey

          Plaintiff,

v.                   Case No.: 1:18−cv−05086
                  Honorable Martha M. Pacold

Student Loan Solutions LLC, et al.

          Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, November 18, 2019:

  MINUTE entry before the Honorable Sidney I. Schenkier: ENTER ORDER. Plaintiff's motion for leave to serve additional interrogatories and to compel responses to other discovery requests (doc. # [84]) is granted in part and denied in part. The parties shall meet and confer on a schedule to complete the discovery production required by this order, and present to the Court their proposal at the November 27, 2019 status hearing. At that time, the parties also shall present to the Court their proposal (or respective proposals) for completion of all other discovery in the case, as well as a revised date for the completion of discovery. Mailed notice. (dal, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.