UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**TONYA FACEY,** *on behalf of plaintiff and a class,*

*Plaintiff,*

v.

**STUDENT LOAN SOLUTIONS, LLC; and WILLIAMS & FUDGE, INC.,**

*Defendants.*

CASE NO. 1:18-CV-05086

HONORABLE
MARTHA M. PACOLD

---

### DEFENDANTS STUDENT LOAN SOLUTIONS, LLC'S AND WILLIAMS & FUDGE, INC.'S PARTIAL MOTION TO DISMISS FOR LACK OF STANDING

Defendants Student Loan Solutions, LLC and Williams & Fudge, Inc. hereby move to dismiss Count II in Plaintiff's Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction due to Plaintiff's lack of standing to assert said claim. Student Loan Solutions, LLC and Williams & Fudge, Inc. file herewith and incorporate herein their memorandum of law in support of their partial motion to dismiss for lack of standing.

WHEREFORE, Defendants Student Loan Solutions, LLC and Williams & Fudge, Inc. respectfully request the Court enter an order dismissing Claim II of Plaintiff's Amended Complaint against Student Loan Solutions, LLC and Williams & Fudge, Inc. for lack of subject matter jurisdiction due to Plaintiff's lack of standing and that the Court enter such other and further orders as it deems just and proper.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Dated:  December 6th, 2019.                    Respectfully submitted,

   **MALONE FROST MARTIN PLLC**

/s/Robbie Malone
ROBBIE MALONE
Texas State Bar No. 12876450
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mamlaw.com
JACOB MICHAEL BACH
Texas State Bar No. 24100919
Email: jbach@mamlaw.com
**MALONE FROST MARTIN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

-And-

/s/ Patrick Watts
PATRICK A. WATTS
Email: pwatts@mamlaw.com
**MALONE FROST MARTIN PLLC**
150 S. Wacker, Ste. 2400
Chicago, Illinois 60606
T: 312-741-0990 | F: 214-346-2631

Chad V. Echols (admitted pro hac vice)
David A. Grassi (admitted pro hac vice)
The Echols Firm, LLC
224 Oakland Avenue
Rock Hill, SC 29730
(803) 329-8970
Email: chad.echols@theecholsfirm.com
Email: david.grassi@theecholsfirm.com

***COUNSEL FOR DEFENDANTS***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Partial Motion to Dismiss for Lack of Standing was served upon all counsel of record via **CM/ECF System** on this 6th day of December, 2019

/s/Robbie Malone
ROBBIE MALONE