UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Tonya Facey

                              Plaintiff,

v.                                                                        Case No.: 1:18−cv−05086
                                                                       Honorable Martha M. Pacold

Student Loan Solutions LLC, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 11, 2019:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status and motion hearings held. Defendants' motion to stay class discovery pending resolution of their motion to dismiss for lack of standing (doc. #[106]) is unopposed, and is granted. The Court stays the requirement of the defense to respond to purely class discovery, including any such discovery covered by the Court's 11/18/19 order (doc.#[101]). The stay does not relieve the defense of providing discovery that is relevant to plaintiff's individual claims (even if that information also is relevant to class issues) or discovery relating to issues of standing raised in defendant's motion to dismiss (doc. #[103]). Defendant will produce any discovery covered by the Court's 11/18/19 order, and that is not subject to the stay, by 12/20/19. We suspend any other discovery deadlines pending further Court order. The matter is set for a status hearing with the magistrate judge on 02/25/20 at 9:00 a.m. Mailed notice. (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.