IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONYA FACEY,<br><br>      Plaintiff,<br><br>vs.<br><br>STUDENT LOAN SOLUTIONS, LLC; and<br>WILLIAMS & FUDGE, INC.,<br>      Defendant. | Case No. 18-CV-05086<br>Honorable Martha M. Pacold |

## NOTICE OF SETTLEMENT

Plaintiff Tonya Facey through her attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the parties have reached a settlement which will resolve the case on an individual basis. Plaintiff expects to complete the settlement within the next 45 days and file a Stipulation to Dismiss with prejudice. Plaintiffs request that this Court strike all pending dates.

Respectfully submitted,

s/*Kasun Wijegunawardana*
Kasun Wijegunawardana

Daniel A. Edelman
Cassandra P. Miller
Kasun Wijegunawardana
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Kasun Wijegunawardana, hereby certify that on Friday, January 31, 2020, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which caused to be served a true and accurate copy of such filings via email upon all counsel of record.

                                        s/*Kasun Wijegunawardana*
                                        Kasun Wijegunawardana

Daniel A. Edelman
Cassandra P. Miller
Kasun Wijegunawardana
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)