**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Tonya Facey

                               Plaintiff,

v.                                                    Case No.: 1:18−cv−05086
                                                      Honorable Martha M. Pacold

Student Loan Solutions LLC, et al.

                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 13, 2020:

      MINUTE entry before the Honorable Martha M. Pacold: In light of the notice of settlement [112], the court denies the motion for judgment on the pleadings [63] and the motion to dismiss [103] without prejudice to refiling if the settlement is not finalized.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.